UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

ALFREDO SOLIS,

    Defendant.

- - - - - - - - - - - - - - - - - -x



INDICTMENT

08 Cr.

**08 CRIM 470**

### COUNT ONE

The Grand Jury charges:

From in or about October 2005, up to and including in or about November 2007, in the Southern District of New York and elsewhere, ALFREDO SOLIS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use and the use of another, money and things of value of the United States and a department and agency thereof, the value of which exceeded $1,000, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, SOLIS received federal housing subsidies from the United States Department of Housing and Urban Development, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALFREDO SOLIS,

Defendant.

**INDICTMENT**

08 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

5/23/08 Indictment Filed. Case assigned to
MB       Judge Daniels... Ellis, U.S.M.J.