# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

August 26, 2008

**SO ORDERED**

The conference is rescheduled for
September 24, 2008 at 9:45 a.m.

AUG 2 7 2008  *[signature]*
HON. GEORGE B. DANIELS

BY FAX

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2008

Re: **United States v. Alfredo Solis**
    08 Cr. 470 (GBD)

Dear Judge Daniels:

I represent Defendant Alfredo Solis in the above-referenced case. I write to respectfully request that the pretrial conference in this case currently scheduled for 9:45 a.m. on September 17, 2008 be adjourned one week to take place at 9:45 a.m. on September 24, 2008. This is the defendant's first request for an adjournment. I have conferred with Assistant United States Attorney John P. Cronan and he consents to this request on behalf of the Government. In addition, the defendant consents to the exclusion of time under the Speedy Trial Act during this requested adjournment.

Respectfully submitted,

*[signature]*

Sarah Baumgartel
Tel.: (212) 417-8772

cc:  John P. Cronan, Esq.
     Assistant United States Attorney (by fax)

TOTAL P.001